Gaston Kroub, Esq.
Zachary D. Silbersher, Esq.
Sergey Kolmykov, Esq.



305 Broadway, 7th Fl.
New York, NY 10007
212.323.7442
www.kskiplaw.com
zsilbersher@kskiplaw.com

KROUB, SILBERSHER & KOLMYKOV PLLC

VIA ECF                                                                                          May 17, 2016

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

      Re:  *Zero-In Technology, LLC v. Burris Company, Inc.*
           **(S.D.N.Y. 16-cv-00756-JGK)**

Dear Judge Koeltl:

    We represent Plaintiff Zero-In Technology, LLC ("Plaintiff") in this action. Pursuant to Rule 1.E. of Your Honor's Individual Practices, we write to respectfully request a brief thirty (30) day adjournment of the pretrial conference.

    The parties have reached a settlement in principal, and they are currently finalizing the terms of a settlement agreement. An extension of the initial pretrial conference will allow the parties to do so without incurring additional litigation costs.

    The current date for the pretrial conference is May 23, 2016 at 11:00 a.m. pursuant to the Notice of Court Conference, dated May 16, 2016 (Dkt. 9). This is the first request for an adjournment of the pretrial conference. There are no other scheduled dates that will be affected by this request. Defendant consents to this request for an adjournment.

                                                      Respectfully submitted,

                                                      Zachary D. Silbersher