# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ZERO IN TECHNOLOGY, LLC | ) |
| | ) |
| Plaintiff, | ) Case No. 1:16-cv-00756 |
| | ) |
| v. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL PURSUANT TO** |
| | ) **FRCP 41(a)(1)(A)(i)** |
| BURRIS COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Zero In Technology, Inc., and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against defendant, Burris Company, Inc.  Each party shall bear its own attorneys' fees, expenses and costs.

KROUB, SILBERSHER & KOLMYKOV PLLC

Dated: June 1, 2016

By: _____

Zachary D. Silbersher (ZS4391)
305 Broadway, 7th Floor
New York, NY 10007
Tel: (212) 323-7442
Email: *zsilbersher@kskiplaw.com*

*ATTORNEYS FOR PLAINTIFF*
*ZERO IN TECHNOLOGY, LLC*